IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

**LARRY D. COOK,**

    **Plaintiff,**

v.                                                      CIVIL ACTION NO. 3:05CV37
                                                        (BROADWATER)

**JO ANNE B. BARNHART,**
**Commissioner, Social Security**
**Administration,**

    **Defendant.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day the above styled case came before the Court for consideration of the Report and Recommendation of Magistrate Judge James E. Seibert, dated May 4, 2005. The Plaintiff did not file any objections to the Report.

The Court, therefore, **ORDERS** the Report and Recommendation **(Docket No. 5)** be **ADOPTED**. It is further **ORDERED** plaintiff's motion to proceed in forma pauperis **(Docket No. 2)** be **DENIED**.

It is so ORDERED.

The Clerk is directed to transmit true copies of this Order to the pro se plaintiff and all counsel of record herein.

DATED this 27th day of May 2005.

W. CRAIG BROADWATER
UNITED STATES DISTRICT JUDGE